IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 12cr200

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| VICTORIA SPROUSE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Notice of Appeal and Motion to Revoke Detention Order. In accordance with 18 U.S.C. § 3145(b), the court has promptly considered the appeal from such detention Order and will set such motion for hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Notice of Appeal and Motion to Revoke Detention Order (#6) is **CALENDARED** for hearing June 20, 2012, at 10 a.m. in the Robert D. Potter Courtroom.

Respective counsel are advised that the court has reviewed the FTR recording of the hearing before Judge Keesler and the evidence therein submitted need not be resubmitted but can be reargued.

Signed: June 19, 2012

Max O. Cogburn Jr.
United States District Judge