# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12cr200

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| VICTORIA L. SPROUSE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Attorney William R. Terpening's Motion to Receive ECF Notices (#11). Mr. Terpening seeks to receive ECF notices in this matter in order to properly advise defendant in another criminal matter currently pending in the Fourth Circuit Court of Appeals. The court has confirmed with the Clerk's office that counsel can add this case to his automatic ECF notices without court order. The motion will, therefore, be denied as moot.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Receive ECF Notices (#11) is **DENIED** as **MOOT**.

Signed: June 25, 2012

Max O. Cogburn Jr.
United States District Judge