# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr200

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| VICTORIA L. SPROUSE. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the Joint Proposed Peremptory Setting and Scheduling Order (#22), in which the parties propose a trial date during the court's February, 2013 trial term and submit proposed deadlines for other scheduling orders. Having reviewed the pleadings, and in light of the upcoming docket call on September 10, 2012, the court will hold the joint Motion in abeyance and until the parties appear at docket call.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Joint Proposed Peremptory Setting and Scheduling Order (#22) is **HELD IN ABEYANCE** until the calendar call scheduled for September 10, 2012. Following the hearing, the court will issue an Order concerning the proposed peremptory setting and scheduling dates.

Signed: August 30, 2012

Max O. Cogburn Jr.
United States District Judge